FILED

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0210

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 23-210

| | | |
|---|---|---|
| IN RE THE MARRIAGE OF: | ) | |
| | ) | |
| EVA RAYGO, | ) | |
| Petitioner and Appellee, | ) | **ORDER** |
| | ) | |
| and | ) | |
| | ) | |
| RYAN RAYGO, | ) | |
| Respondent and Appellant, | ) | |

Upon consideration of Appellant's motion for an extension of time,

IT IS HEREBY ORDERED that Appellant is granted an extension of time up to and including July 7, 2023, within which to prepare, serve, and file his opening brief.

DATED this ____ day of June, 2023.

For the Court,

By_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 6 2023